MAGISTRATE JUDGE J KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-5177RBL |
| Plaintiff, | ) | |
| | ) | ORDER ALLOWING WITHDRAWAL OF |
| vs. | ) | MOTION FOR REVIEW OF DETENTION |
| | ) | ORDER DOCKET NO. 16 |
| MATTIE GRESHAM, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Defendant be allowed to Withdraw the previously filed Motion for Review of Detention Order (Docket No. 16)

DONE this 16th day of May, 2007.

s/ J Kelley Arnold
J KELLEY ARNOLD
UNITED STATES MAGISTRATE COURT JUDGE

Prepared by:

/s_____
Jerome Kuh
Assistant Federal Public Defender

ORDER VACATING DETENTION ORDER -- 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710