MAGISTRATE JUDGE J KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR07-5177RBL |
| ) | |
| Plaintiff, ) | ORDER SEALING DEFENDANT'S |
| ) | MEMORANDUM OF LAW IN |
| vs. ) | SUPPORT OF MOTION FOR REVIEW |
| ) | OF DETENTION ORDER |
| MATTIE GRESHAM, ) | |
| ) | |
| Defendant. ) | |

The Court having considered the Motion for Order Sealing Defendant's Memorandum of Law in Support of Motion for Review of Detention Order,

NOW THEREFORE IT IS HEREBY ORDERED that the Memorandum of Law and appendixes be sealed.

DONE this 16th day of May, 2007.

       s/ J Kelley Arnold

Presented by:       J KELLEY ARNOLD US MAGISTRATE JUDGE

/s_____
Jerome Kuh
Attorney for Defendant

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**